UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Karen A. Przybilla,                              Civil No. 10-1141 (SRN/JJK)

        Plaintiff,

v.                                               **ORDER**

Michael J. Astrue,
Commissioner of Social
Security,

        Defendant.

---

Peter Vogel, Rosenmeier Law Office, 210 2nd Street Northeast, Little Falls, MN 56345, counsel for Plaintiff.

Lonnie F. Bryan, United States Attorney's Office, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, counsel for Defendant.

---

     The above matter comes before the Court upon the Report and Recommendation [Doc. 13] of United States Magistrate Judge Jeffrey J. Keyes dated June 20, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

     **IT IS HEREBY ORDERED** that:

1.    Plaintiff's Motion for Summary Judgment (Doc. No. 7), is **DENIED**; and

2.    Defendant's Motion for Summary Judgment (Doc. No. 9), is **GRANTED**.

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July    7, 2011

                                                                    s/ Susann Richard Nelson
                                                                    SUSAN RICHARD NELSON
                                                                     United States District Judge